UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

05 317 ML

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: _________ |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441(a) and 1446(b), Defendant Cumberland Farms, Inc., by and through its attorneys, Adler Pollock & Sheehan, P.C., hereby removes the case presently pending in the Rhode Island Superior Court, entitled Barber v. Cumberland Farms, Inc., C.A. No. W05-141, to the United States District Court for the District of Rhode Island. Removal of this action is proper for the following reasons:

1. The Complaint was filed with the Court on March 4, 2005. Defendant Cumberland Farms' registered agent received a copy of the Summons and Complaint in this action on or about July 1, 2005; the Summons was filed with the Superior Court on July 19, 2005. Certified copies of all process, pleadings and orders in the State Court Action are attached to this Notice as Exhibit 1.

2. This Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after receipt by Defendant of the service of the Summons and Complaint. The Complaint in this action was the initial pleading setting forth the claim for relief upon which the State Court Action is based.

3. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332 because there is a diversity of citizenship among the parties. Plaintiff is a citizen of Rhode Island. Defendant Cumberland Farms is incorporated in Delaware and maintains its

principal place of business in Canton, Massachusetts. Upon information and belief, Plaintiff seeks damages in excess of $75,000, which exceeds the jurisdictional threshold.

4. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of Rhode Island encompasses the location where the State Court Action is pending, i.e., South Kingstown, Rhode Island.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Rhode Island Superior Court pursuant to the Notice of Filing of Notice of Removal attached hereto as Exhibit 2 and a copy of this Notice of Removal will be served upon counsel for all parties.

WHEREFORE, Defendant respectfully requests that this action be removed, without waiver of procedural or substantive defenses, from Rhode Island Superior Court, Washington County, to this Court for all purposes and that this Court accept this Notice of Filing in accordance with 28 U.S.C. § 1446, et seq.

Dated: Providence, Rhode Island
July 20, 2005

Respectfully Submitted,

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On July 20 2005, I served a true and accurate copy of the attached Notice of Removal by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891.

*339299_1.doc*