STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0141 PATRICIA A BARBER V CUMBERLAND FARMS INC

Filing Date: 03-04-2005
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 03-04-2005

Plaintiff: PATRICIA BARBER
ID: @10245515

Attorney: MICHAEL LYNCH

Defendant: CUMBERLAND FARMS INC
ID: @10252514

Attorney: UNKNOWN ATTORNEY

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-04-2005 | COMPLAINT FILED | |
| 07-19-2005 | SUMMONS,PROOF OF SERVICE FILED | TO DEFTS.<br>Affiliated: BARBER, PATRICIA A |

True Copy Attest
C. R. [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

# State of Rhode Island and Providence Plantations

SUPERIOR COURT

[ ] PROVIDENCE /BRISTOL [ ] KENT [x] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE NO. WC2005-141

Patricia Barber
Plaintiff

vs.

Cumberland Farms
Defendant

***Summons***

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, J
05 JUL 18 PM 3:28

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said superior court in the county indicated above. You are hereby summoned and required to serve upon Michael P. Lynch, Esq. Plaintiff's attorney, whose address is 117 High Street, P. O. Box 761, Westerly, RI 02891 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

C. R. Chapman
CLERK

Dated: 7/1/05

(Seal of the Superior Court)

True Copy Attest
C. R. Chapman
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

PATRICIA BARBER

VS.

C.A. FILE NO.: WC05- 141

CUMBERLAND FARMS, INC.

SUPERIOR COURT
FILED
COURTLAND R. CHAPMAN, JR.
05 MAR -4 PM 12: 28

## COMPLAINT

NOW COMES the Plaintiff and alleges and says as follows:

### COUNT I

1. The Plaintiff is a resident of the Town of Westerly, County of Washington and State of Rhode Island.

2. Defendant Cumberland Farms, Inc. is a corporation authorized and licensed to do business in the State of Rhode Island and otherwise maintains sufficient minimum contacts with this state to confirm jurisdiction upon this Court and at all times relevant hereto was the owner of the property located at Granite Street, Westerly, Rhode Island where Plaintiff was injured.

3. On or about, March 5, 2002, Plaintiff, while exiting Defendant's store and while still on the walkway immediately outside of the only means of ingress and egress for Plaintiff and other members of the public using Defendant's property, at Defendant's invitation, was struck by Carmella DePlacido causing Plaintiff to suffer a severe injury.

4. Plaintiff's injuries were proximately caused by Defendant not properly designing, constructing, maintaining, fixing or otherwise using due care in the ownership of the property.

5. The actions of the Defendant, as aforesaid, constitute negligence and as a result of said negligence of the Defendant, the Plaintiff suffered personal injury, pain and suffering and has lost wages and suffered other great harm.

WHEREFORE, the Plaintiff demands judgment against the Defendant in an amount sufficient to confer jurisdiction upon this Honorable Court, together with interest and costs of suit.

True Copy Attest
C. R. Chapman
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esquire (#3451)
117 High Street
P.O. Box 761
Westerly, Rhode Island 02891
Phone: 401-348-3000
Fax: 401/348-8900

Dated: 3/3/05

**PLAINTIFF DEMANDS A TRIAL BY JURY AND APPOINTS MICHAEL P. LYNCH AS TRIAL COUNSEL.**

True Copy Attest
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

**STATE OF RHODE ISLAND**
**SUPERIOR COURT**
**CIVIL**

**CASE COVER SHEET**
Case # (Filled in by Clerks Office)
WC 2005-141

This form must be filed with each original document that commences a civil proceeding in the Clerks Office (R.P.3.1O). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

SUPERIOR COURT FILED HENRY R. CHAPMAN, JR.
2005 MAR 4 P 12: 28

| PLAINTIFFS: | DEFENDANTS: |
| --- | --- |
| **PATRICIA A. BARBER** | **CUMBERLAND FARMS, INC.** |

**Nature of Proceeding – Check the applicable case type under the main categories listed below. (Check One Only)**

District Court Appeal [ ] yes (Check type below)

**CIVIL ACTIONS**

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| [ ] | AGA | Agency appeal | DPC | Denial of probate claim | PAN | Promissory note |
| [ ] | ALA | Alienation of affection | EXT | Excessive tax | PDM | Property damage |
| [ ] | ANT | Anti-trust | INR | Injunctive relief | PDV | Property damage-vehicle |
| [ ] | ASB | Assault and battery | IPL | Interpleader | RLP | Real property |
| [ ] | BKA | Book account | LIB | Libel/slander | RIC | Reinstate charter |
| [ ] | CLA | Common law assignment | MLE | Malpractice/legal | DIN | Recovery of damages/insurance |
| | CLL | Common law lien | MME | Malpractice/medical | ROE | Recovery of funds |
| | CON | Contract | MOT | Malpractice/other | WOR | Replevin, writ of |
| | CNV | Conversion | WOM | Mandamus, writ of | SPP | Specific performance |
| | CRC | Criminal conversation | PRT | Partition | TCO | Title clearing (other than tax title) |
| | CIC | Criminal inj compensation X | PER | Personal injury | TAE | Trespass and ejectment |
| | DOJ | Debt on judgment | IDV | Personal inj/property dam-vehicle | IRA | Trustee/accounting |
| | DTP | Deceptive trade practice | PIV | Personal injury-vehicle | TCT | Trustee/appt convey title |
| | DEJ | Declaratory judgment | PRL | Product liability | UNM | Uninsured motorist |
| | | | | | WRD | Wrongful death |

**[ ] Other than above (specify type):**

**MISCELLANEOUS PETITIONS**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ARA | Arbitration award | TLF | Foreclosure/tax lien | PFI | Petition for immunity |
| CAR | Arbitration/confirm | FOC | Forfeiture of charter | PIN | Pet for inventory (wire tap) |
| RTA | Arbitration/referral | GJI | Grand Jury Investigation | PFR | Petition for review |
| VAR | Arbitration/vacate | HAC | Habeas corpus | PTD | Pet to take deposition |
| AOD | Assessment of damages | MAW | Material witness | PCR | Post conviction relief |
| CND | Condemnation | MEL | Mechanic's lien | REC | Receivership |
| CFC | Confirm compromise | OSW | Out of state witness | R5A | Rule 5A petition |
| DOC | Dissolution of corp. | PFS | Perform surgery | TCL | Title clearing (tax title) |
| EDP | End partnership | PFC | Petition for constable | AOT | Trustee/appointment of |
| FRR | Foreclosure of right of redemption | PTE | Petition to expunge | DOT | Trustee/declination of |
| | | | | AOS | Trustee/successor |

**[ ] Other than above (specify type):**

**PROBATE APPEALS**

[ ] WIL Will [ ] TRS Trust [ ] GRD Guardianship [ ] NAC Name change

**[ ] Other than above (specify type):**

True Copy Attest
C. R. Chapman
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

**Is this a case that may require a trial for resolution? [ x ] yes [ ] no If yes: [ x ] jury or [ ] Non-jury**

**(attorney name) Michael P. Lynch, Esquire #3451** **Date: March 3, 2005**