STATE OF RHODE ISLAND
WASHINGTON, SC

SUPERIOR COURT

PATRICIA BARBER,

Plaintiff,

v.

CUMBERLAND FARMS, INC.

Defendant.

Case No.: WC-2005-0141

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Cumberland Farms, Inc. on July 20, 2001 filed a Notice of Removal, a copy of which is attached, in the office of the clerk of the United States District Court for the District of Rhode Island.

PLEASE TAKE FURTHER NOTICE that Defendant also filed a copy of the Notice of Removal with the clerk of the Superior Court for Washington County.

Dated: Providence, Rhode Island
July 20, 2005

Respectfully Submitted,

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On July 20, 2005, I served a true and accurate copy of the attached Notice of Filing Notice of Removal by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891.

Susan Oneida

*339309_1.doc*

FILED