UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

05 317ML

PATRICIA BARBER,

Plaintiff,

v.

CUMBERLAND FARMS, INC.

Defendant.

Case No.: __________

**ANSWER OF CUMBERLAND FARMS, INC.**

Defendant Cumberland Farms, Inc., by and through its attorneys, Adler Pollock & Sheehan, P.C. as and for its answer to plaintiff's Complaint, responds as follows:

1. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegation contained in paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. In response to paragraph 3, Defendant admits that plaintiff was struck by a car driven by Carmella DePlacido on March 5, 2002 and denied the remaining allegations in the paragraph.

4. Defendant denies the allegations contained in paragraph 4 of the Complaint.

5. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint.

AS AND FOR A FIRST
AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

AS AND FOR A SECOND
AFFIRMATIVE DEFENSE

The injuries alleged by the Plaintiff were proximately caused by the Plaintiff's own negligence without negligence on the part of the Defendant.

AS AND FOR A THIRD
AFFIRMATIVE DEFENSE

The negligence of the Plaintiff contributed to the injuries claimed and this negligence should reduce any recovery pursuant to R.I.G.L. § 9-20-4.

AS AND FOR A FOURTH
AFFIRMATIVE DEFENSE

The injuries alleged by the Plaintiff were proximately caused by an Act of God, for which the Defendant is not legally responsible.

AS AND FOR A FIFTH
AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred because the Plaintiff assumed the risk of the injuries alleged.

AS AND FOR A SIXTH
AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the applicable statute of limitations.

AS AND FOR A SEVENTH
AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the equitable doctrines of laches, estoppel and waiver.

AS AND FOR AN EIGTH
AFFIRMATIVE DEFENSE

The injuries alleged by plaintiff pre-existed the facts alleged in the Complaint and were not caused by any acts or omissions of Defendant.

AS AND FOR A NINTH
AFFIRMATIVE DEFENSE

The injuries alleged by plaintiff were proximately caused by the acts of a third-party, for whom the Defendant is not legally responsible.

**PRAYER FOR RELIEF**

WHEREFORE, the Defendant requests that:

1. the Complaint herein be dismissed with prejudice,
2. that the Defendant be awarded costs and attorneys' fees, and
3. such other and further relief this Court deems just and proper.

**JURY DEMAND**

The Defendant hereby demands a jury trial as to all travel issues of right.

Geoffrey W. Millsom is hereby designated as trial counsel in this action.

Dated: Providence, Rhode Island
July 20, 2005

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On July 20, 2005, I served a true and accurate copy of the attached Answer by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891.

Susan Cherice

*339335_1.doc*