UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

[redacted] 05 317

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: _________ |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cumberland Farms, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: Providence, Rhode Island
July 20, 2005

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On July 20, 2005, I served a true and accurate copy of the attached Rule 7.1 Disclosure statement by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891.

Susan Sheriall

*339335_1.doc*