UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PATRICIA BARBER,<br>Plaintiff,<br>v.<br>CUMBERLAND FARMS, INC.<br>Defendant. | Case No.: 05-317S |

**MOTION TO COMPEL**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Cumberland Farms, Inc. hereby moves for an order compelling Plaintiff Patricia Barber to respond to Defendant Cumberland Farm, Inc.'s First Request for Production of Documents and First Set of Interrogatories Propounded Upon Patricia Barber within ten days. The facts and arguments upon which this motion is based are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
October 4, 2005

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

RULE 37(a) CERTIFICATION OF COUNSEL

I hereby certify that I have attempted to confer in good faith with Plaintiff's counsel in an effort to secure the information requested without court action.

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On October 4, 2005, I served a true and accurate copy of the attached Defendant Cumberland Farm, Inc.'s Motion to Compel by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891.

*356844_1.doc*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: 05-317S |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

Defendant Cumberland Farms, Inc. ("CFI") submits this memorandum in support of its motion to compel Plaintiff Patricia Barber to respond to Defendant Cumberland Farm, Inc.'s First Request for Production of Documents and First Set of Interrogatories.

On August 18, 2005, CFI served its First Request for Production of Documents and First Set of Interrogatories upon Plaintiff by regular mail. True and correct copies of these discovery requests are attached as exhibits A and B. Pursuant to Rules 6, 30 and 33 of the Federal Rules of Civil Procedure, responses to the written discovery were due on or about September 21, 2005.

Plaintiff did not respond to the written discovery requests within the deadline. Nor did plaintiff request an extension. Rather, counsel for CFI wrote to Plaintiff's counsel to inquire as to the status of the discovery and offered an extension of the deadline. A copy of this letter is attached as Exhibit C. Despite this inquiry, Plaintiff still has not responded to the discovery requests.

The discovery responses are overdue and no good reason exists for Plaintiff's delay. Accordingly, CIF requests that plaintiff be ordered to respond to the discovery requests (not by objection alone, but with substantive responses) with ten days.

Dated: Providence, Rhode Island
October 4, 2005

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On October 4, 2005, I served a true and accurate copy of the attached Defendant Cumberland Farm, Inc.'s Motion to Compel by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891.

*356845_1.doc*