F

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401·274·7200
Fax 401·751·0604 / 351·4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617·482·0600
Fax 617·482·0604

www.apslaw.com

September 27, 2005

Michael P. Lynch, Esq.
117 High Street
Westerly, RI 02891

**Re: <u>Patricia Barber v. Cumberland Farms, Inc.</u>**
**C.A. No. 05-317S**

Dear Michael:

We never received Ms. Barber's responses to Cumberland Farm, Inc.'s First Request for Production of Documents and First Set of Interrogatories Propounded Upon Patricia Barber in the above-referenced matter. I am happy to give you additional time to respond, but I request that you let me know by the end of the week when we can expect responses.

Thank you.

Very truly yours,

GEOFFREY W. MILLSOM
GWM:sjt

Enclosures

cc: Richard R. Beretta, Jr., Esq.