UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

PATRICIA BARBER,

Plaintiff,

v.

CUMBERLAND FARMS, INC.

Defendant.

Case No.: 05-317S

FILED
OCT 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO COMPEL**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Cumberland Farms, Inc. hereby moves for an order compelling Plaintiff Patricia Barber to respond to Defendant Cumberland Farm, Inc.'s First Request for Production of Documents and First Set of Interrogatories Propounded Upon Patricia Barber within ten days. The facts and arguments upon which this motion is based are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
October 4, 2005

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

**Deputy Clerk**
**Date:** 10/19/05