UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PATRICIA BARBER, Plaintiff, | Case No.: 05-317S |
| v. | |
| CUMBERLAND FARMS, INC. Defendant. | |

**MOTION FOR PRECLUSION OF WITHHELD EVIDENCE,**
**A FINDING OF CONTEMPT AND DISMISSAL**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant Cumberland Farms, Inc. hereby moves for preclusion of withheld evidence, a finding of contempt and dismissal. Plaintiff further requests an award attorneys' fees for the underlying motion to compel and the instant motion. The facts and arguments upon which this motion is based are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
November 1, 2005

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

11/7/05: MOTION WITHDRAWN BY DEFENDANT AT TODAY'S SETTLEMENT CONFERENCE.
USMJ

8