UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

PATRICIA BARBER,

Plaintiff,

v.

CUMBERLAND FARMS, INC.

Defendant.

Case No.: 05-317S

**AMENDED NOTICE OF DEPOSITION OF CARMELLA DEPLACIDO**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rules 26 and 30, Defendant, Cumberland Farms, Inc., will conduct the deposition upon oral examination of Carmella DePlacido at Lewis Law Offices, 79 Franklin Street, Westerly, RI. The deposition will commence at 2:00 p.m. on Wednesday, January 11, 2006 and may be continued until completed. You are invited to attend and cross-examine.

CUMBERLAND FARMS, INC.

By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

## CERTIFICATION OF SERVICE

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On January 4, 2006, I served a true and accurate copy of the attached Amended Notice of Deposition of Carmella DePlacido by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891 and Rhode Island Court Reporting, 25 Sea View Avenue, East Providence, RI 02915.

Susan Theriault

*366678_1.doc*