F

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

November 8, 2005

Michael P. Lynch, Esq.
117 High Street
Westerly, RI 02891

Re: Patricia Barber v. Cumberland Farms, Inc.

Dear Michael:

Enclosed please find a Second Set of Interrogatories specifically directed at any documents prepared by or provided to the expert witness you disclosed at yesterday's settlement conference.

In addition, I wish to address Patricia Barber's responses to Cumberland Farms Fist Set of written discovery. The following is a list of concerns I have with respect to her responses, which I request that you address:

**Answer to Interrogatory No. 2**. Interrogatory No. 2 seeks identification of the name, title and business address of every person known by Ms. Barber to have any knowledge of the manner set forth in the Complaint. Ms. Barber listed the names of several co-workers and acquaintances. We understand the people identified to be people with whom she has conferred regarding the accident subsequent to the accident. The answer does not appear to indicate several parties that we know to be responsive including the driver of the automobile and any witnesses to the accident. Witnesses to the accident and other persons with first-hand knowledge were the true focus of the Interrogatory.

Indeed, in response to Interrogatory No. 6, Ms. Barber identified a witness to the accident named Kelly Vocatura. Ms. Vocatura does not appear in her answer to Interrogatory No. 2. Accordingly, we request that she supplement Interrogatory No. 2 to include not only friends and acquaintances and co-workers with whom she has conferred about the accident prior to the accident, but also any percipient witnesses or other persons with first-hand personal knowledge of the matters set forth in the Complaint.

**Answer to Interrogatory No. 18**. Interrogatory No. 18 seeks the identification of each and every person who took photographs at the scene of the accident or of the injuries, including names and addresses of both the photographers and the current possessors. The answer to Interrogatory No. 18 indicates that Ms. Barber's family and her attorney took the photographs. With respect to the family members and any attorney who took photographs, please indicate

ADLER POLLOCK & SHEEHAN P.C.



names and addresses, both of the photographer and of the person currently in possession of the original photographs or any negatives.

**Answer to Interrogatory No. 20**. Interrogatory No. 20 requests an itemized account of all losses and expenses that Ms. Barber suffered as a result of the facts alleged in the Complaint. In response, Ms. Barber merely indicates broad categories of damages. This response is insufficient. Please provide an itemization of each and every loss or expense that she seeks recovery of in this litigation. Each entry should include not only the amount of the loss, but also the date the loss was incurred and an identification of the payee.

**Answer to Interrogatory No. 24**. Interrogatory No. 24 seeks identification of expert witnesses, as well as each of the items of expert discovery permitted under the Federal Rules of Civil Procedure. Although you disclosed yesterday at the settlement conference that you have retained an expert witness, the answer to the Interrogatory does not disclose that expert witnesses' name or any of the other requested categories. Please provide this information immediately.

**Answer to Interrogatory No. 25**. Interrogatory No. 25 seeks disclosure of Ms. Barber's prescription medications. Ms. Barber's response indicates some prescription medications and the doctors, but does not indicate the date of prescription. Of particular concern is the fact that two of the doctors who are identified as having prescribed medicine are not identified anywhere else in the Interrogatories. Accordingly, we request that you respond to Interrogatory No. 25 in full, specifically indicating not only the name of the medication and the prescribing doctor, but also dates of prescription, condition for which the medication was prescribed and the address and telephone number of the medical health professional who prescribed the medication in question.

Very truly yours,

GEOFFREY W. MILLSOM
GWM:sjt

Enclosure

cc: Richard R. Beretta, Jr., Esq.

*360795_1.doc*