UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

PATRICIA BARBER,
PLAINTIFF

VS. CASE NO. 05-317S

CUMBERLAND FARMS, INC.
DEFENDANT

**PLAINTIFF'S ANSWER TO DEFENDANT CUMBERLAND FARM, INC.'S FIRST SET OF INTERROGATORIES**

**INTERROGATORY NO. 1:** State your full name, date of birth, social security number, residence, business address and occupation and, if married, the name and occupation of your spouse.

**ANSWER NO. 1:** Patricia A. Barber;[redacted] occupation – Chef, Winnepaug Country Club, Westerly, RI.

**INTERROGATORY NO. 2:** State the name, title, and business address of every person known by your to have any knowledge of the matters set forth in the Complaint.

**ANSWER NO. 2:** Jane Barber, teacher, Wheeler High School; Mary Jane Utley, teacher, Westerly High School; Michael Nardone, Occupational Therapist; William Barber, Black Dog Construction; Elizabeth Stone, Coach, Westerly High School; co-workers and acquaintances.

**INTERROGATORY NO. 3:** List the name, title and business address of every person with whom you spoke or consulted in gathering the information reflected in these answers to Interrogatories.

**ANSWER NO. 3:** None.

**INTERROGATORY NO. 4:** Identify and describe fully all documents you referred to or relied on for the allegations contained in the Complaint; and in answering these Interrogatories, provide the date, author, recipients and description of the document.

**ANSWER NO. 4:** Only those produced herein.

**INTERROGATORY NO. 5:** State whether you have been convicted of a crime in the State of Rhode Island, or elsewhere, and if so, identify the crime, the dates of conviction or the sentence imposed, and the jurisdiction in which the criminal charge and disposition occurred.

**ANSWER NO. 5:** No.

**INTERROGATORY NO. 6:** Please identify in complete detail the condition, object, or conduct you claim caused your injuries.

**ANSWER NO. 6:** I was leaving Cumberland Farms after making a purchase and was just outside the door, on the curb, when I heard the acceleration of a car and the

next thing I remember was laying on the ground. I tried to pull myself up by my arms and just remember someone saying it was the car, it was the car. A witness, Kelly Vocatura, who covered me with her coat and waited with me until the ambulance arrived.

**INTERROGATORY NO. 7:** Please state what caused or created the condition, object or conduct responsible for the accident, and the manner in which the same was caused and created.

**ANSWER NO. 7:** Cumberland Farms failed to have barriers in place that were available.

**INTERROGATORY NO. 8:** Kindly state how long the condition, object or conduct existed prior to the time of your accident.

**ANSWER NO. 8:** The sidewalks were there without the barriers until 2005.

**INTERROGATORY NO. 9:** Please detail your movements from the time you saw the alleged condition, object, or conduct until the moment you were injured.

**ANSWER NO. 9:** I went into Cumberland Farms, made a purchase, exited the store and was then struck while on the curb.

**INTERROGATORY NO. 10:** Please describe your activities on the Defendant's premises at the time of the alleged incident.

**ANSWER NO. 10:** At the time of the accident I was exiting the store on the curb after making a purchase.

**INTERROGATORY NO. 11:** Please identify the number of times you have been on the premises of the Defendant, and the number of times you have traveled in the particular area where you were injured.

**ANSWER NO. 11:** I have visited the premises many times prior the incident. I drive by the premises on almost a daily basis.

**INTERROGATORY NO. 12:** If you sustained any physical injury which you attribute to the accident, please describe each.

**ANSWER NO. 12:** I have suffered several severe fractures of my right tibia.

**INTERROGATORY NO. 13:** If you are suffering at the present time from any injuries which you attribute to this accident, please describe them.

**ANSWER NO. 13:** Physically I suffer from occasional pain and have a permanent limp due to the right leg being shorter than the left. Mentally, I have become hyper vigilant in front of stores, have recurring nightmares with frequent images of the accident and thoughts on how I could have been killed.

**INTERROGATORY NO. 14:** If you were employed at the time of the accident, please state the name and address of each employer and your average gross weekly wage at the time.

**ANSWER NO. 14:** At the time of the accident I was employed by Fenner Hill Country Club, 33 Wheeler Lane, Hopkinton, RI 02833. Salary $11.00 per hour. I worked 25-30 hours off-season and 40 hours peak season starting 4/1/02.

**INTERROGATORY NO. 15:** If you were incapacitated from work or your normal duties as a result of the accident, please state the dates you were incapacitated and the date when you returned to work or to your normal duties.

**ANSWER NO. 15:** Was out of work from March 5, 2002 through June, 2003.

**INTERROGATORY NO. 16:** If you were confined to your house and/or bed as a result of the accident, please state the dates you were so confined.

**ANSWER NO. 16:** After the first surgery I was confined to bed and home from 3/5/02 until 4/23/02. After the second surgery I was confined to bed and home from 8/23/02 until 9/2/02. After the third surgery I was confined to bed and home from 3/7/03 until 3/16/03. After the fourth surgery I was confined to bed and home from 5/9/03 until 5/20/03.

**INTERROGATORY NO. 17:** If you consumed any alcoholic beverages or medications during the twelve (12) hours before the accident, state the type of alcohol or medication you consumed, the amounts of each, the addresses where consumed, and the names and addresses of those present during your consumption of each.

**ANSWER NO. 17:** I did not take any medication or alcohol prior to the accident.

INTERROGATORY NO. 18: Please identify each and every person who took any photographs at the scene of the accident or of your injuries, by stating his or her name and address, and by stating the name and address of each person who has possession of any of these photographs.

**ANSWER NO. 18:** None other than the police, family and my attorney.

**INTERROGATORY NO. 19:** Describe all the injuries, ailments or pains which you claim to have suffered as a result of the facts alleged in the Complaint, stating whether they are permanent, the basis of the permanency claim, the specific parts of your body so affected, the severity of the injuries, ailments or pains, and howlong each has lasted or is expected to last.

**ANSWER NO. 19:** Severe fracture of right tibia. Rod inserted in tibia on 3/5/02. Pain was severe for several months, which left me unable to walk without assistance.

**INTERROGATORY NO. 20:** Provide an itemized account of all losses and expenses that you are claiming you incurred as a result of the facts alleged in the Complaint; and in answering this Interrogatory, indicate which losses or expenses are attributable to hospitals, doctors, medicines and loss of earnings, respectively.

**ANSWER NO. 20:** I suffered loss of salary for over a year, incurred additional expenses on medical equipment, medications, hospital and doctor bills, utilities and rent as well as loss of capability to earn.

**INTERROGATORY NO. 21:** Describe fully and in complete detail all illnesses, injuries, diseases, operations and/or surgical care which you have had since the date of the accident alleged in your complaint.

**ANSWER NO. 21:** 3/5/02 - date of accident, rod and screws inserted in right tibia; 8/23/02 - removal of screw from rod that had become loose; 3/7/03 – insertion of bone stimulator to encourage bone growth; 5/9/03 – removal of old rod and remaining screws and insertion of new rod.

**INTERROGATORY NO. 22:** If you had any accidents, illnesses or injuries during the three (3) years prior to or subsequent to the date of the accident, please describe in detail the nature of each accident, illness or injury.

**ANSWER NO. 22:** I had no accidents, illnesses or injuries prior to the accident.

**INTERROGATORY NO. 23:** With reference to any condition, illness, ailment, or injury from which you allege to suffer in your Complaint, state approximately how long you have suffered from it; the nature of all treatments received for it and the approximate date of such treatments; the names of hospitals, clinics or other places where you were treated for it; and the names and addresses of any person who treated you for this condition.

**ANSWER NO. 23:** I have suffered from this injury since the date of the accident on 3/5/02. I have had four surgeries due to this accident – 3/5/02, 8/23/02, 3/7/03, 5/9/03 – which all took place at the Westerly Hospital under the care of Dr. Andrew Hallberg. For several months after the accident I was see by Donald A. LaBonte, MA, MSW for anxiety, fear and anger.

**INTERROGATORY NO. 24:** For each person whom you expect to call as an expert witness as the trial, state:

a. the expert's name, address, area of expertise, professional education and experience;
b. the subject matter on which each expert is expected to testify;
c. the substance of facts and opinions to which each expert is expected to testify;
d. a summary of the grounds for each such opinion; and
e. the documents considered or relied upon by the expert in the course of reaching his or her opinion.

**ANSWER NO. 24:** Other than health care providers, none at this time but will supplement as needed.

**INTERROGATORY NO. 25:** If you are currently, or have in the past taken any prescribed medications, please set forth:

a. name of the medication;
b. dosage of medication taken or prescribed;
c. dental, medical care or mental health professional who prescribed said medication;
d. the address and telephone number of the dental, medical care or mental health professional who prescribed said medication;
e. condition for which the medication was prescribed;

f. the date on which the medications was prescribed.

**ANSWER NO. 25:** Hydrocodone, 500mg tabs prescribed by Dr. Hallberg; Promethazine, 25mg tabs prescribed by Dr. Michael Heru; Butalbital Compound tablet prescribed by Dr. Michael Heru.

**INTERROGATORY NO. 26.:** Please identify the name, address and specialty of your primary care or family physician for the ten (10) years preceding the date of the incident alleged in your Complaint.

**ANSWER NO. 26:** Primary care physician is Dr. John Beauchamp whom I have seen once in the last 6 years for kidney stones.

**INTERROGATORY NO. 27:** Please identify the name, address and specialty of any physician or other health care professional from whom you have received medical treatment in the ten (10) years preceding the date of the incident alleged in your Complaint and, for each person identified, please describe the nature of the treatment provided.

**ANSWER NO. 27:** See answer to Interrogatory # 26.

**INTERROGATORY NO. 28:** Please identify all lawsuits to which you have ever been a party.

**ANSWER NO. 28:** I have never been involved in a lawsuit prior to this accident.

**INTERROGATORY NO. 29:** For each lawsuit identified in response to the preceding interrogatory, please provide the following information:

a. your status in the lawsuit (e.g. plaintiff, defendant, etc.);
b. the basis for the lawsuit;
c. the identities of any other parties to the litigation;
d. the name and address of the attorney who represented you; and
e. the disposition of the litigation.

**ANSWER NO. 29:** N/A

Plaintiff,

PATRICIA BARBER

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

In Westerly on the 3rd day of Nov, 2005, before me personally appeared PATRICIA BARBER, to me known and known by me to be the person executing the foregoing instrument, and she acknowledged said instrument, by her so executed, to be her free act and deed.

Michael P. Lynch
Notary Public
My Commission Expires: 6/28/09

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within by first class mail, postage prepaid on the 4th day of November, 2005 to:

Richard R. Beretta, Jr., Esq.
Geoffrey W. Millson, Esq.
Adler, Pollock & Sheehan, P. C.
One Citizens Plaza, 8th Floor
Providence, RI 02903