UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA BARBER

VS. C.A. FILE NO.:05-317s

CUMBERLAND FARMS, INC.

**MOTION TO EXTEND DISCOVERY**

NOW COMES the Plaintiff in the above entitled matter and moves this Court for the entry of an Order extending the date for completion of discovery for a period of sixty days.

In accordance with the foregoing, the Plaintiff incorporates the accompanying Memorandum in support of the within Motion.

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esquire (#3451)
117 High Street
P. O. Box 761
Westerly, Rhode Island 02891
Phone: 401/348-3000
Fax: 401/348-8900

06 JAN 30 PM 2:53

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within by first class mail, postage prepaid on the 24 day of January, 2006 to Richard R. Beretta, Jr, Esq. and Geoffrey W. Millson, Esq., Adler, Pollock & Sheehan, P. C., One Citizens Plaza, 8th Floor, Providence, RI 02903

Kelly McDonald

UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

PATRICIA BARBER

VS. C.A. FILE NO.: 05-317

CUMBERLAND FARMS, INC.

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

Now comes the Plaintiff and files the within Memorandum in support of her Motion to Extend the date for completion of discovery. In support of the foregoing, the Plaintiff states that at the initial conference held with Magistrate Judge Almond, it was represented by the Defendants that they would be requesting an extension of the date to undertake and complete discovery. The Plaintiff, through her counsel, indicated that there would be no objection to said request for extension. On January 13, 2006, in a telephone conference between the Plaintiff's counsel and Defendant's counsel, Plaintiff learned, for the first time, that no request for extension of time to conduct and complete discovery would be sought by Defendant. In that regard, Plaintiff had not filed her own Request for Discovery based on the anticipated extension of time to be sought by Defendants and her obligation to complete discovery sought by the Defendants. In that regard, and inasmuch as the discovery deadline is approaching on January 20, 2006, the Plaintiff now seeks an extension of time of no more than sixty (60) days to conduct and complete her discovery in the above entitled matter.

06 JAN 30 PM 2:53

This request is not sought for the purpose of delay and is the first and only request that has been sought by the Plaintiff as an extension of time to conduct and complete her discovery.

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esquire (#3451)
117 High Street
P. O. Box 761
Westerly, Rhode Island 02891
Phone: 401/348-3000
Fax: 401/348-8900

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within by first class mail, postage prepaid on the 24 day of January, 2006 to Richard Beretta, Jr. Esq. and Geoffrey W. Millson, Esq., Adler, Pollock & Sheehan, P. C., One Citizens Plaza, 8th Floor, Providence, RI 02903

Kelly McDonald

05 JAN 30 PM 2:53