UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Michael P. Lynch, Esq.
RE: CA 05-317S

P. Barber v. Cumberland Farms, Inc.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 02 / 03 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

X Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (Local Rule LR CV 5(a)(5))(Local Rule LR CR 57(a)(4))

X 2. All motions and objections with accompanying memoranda must be filed in triplicate.(original and two copies) (Local Rule LR CV 7 (c))

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule LR CV 7 (a))

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule LR CV 5 (b))
b) Summons (Fed. R. Civ. P. 4(a),(b))
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule LR CV 5.1(1)) (Fed.R.Crim.P.49)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 26(a),34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule LR CV 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (Local Rule LR Gen 204(d)

✓ 9. Other: Heading reflects state court

ENTER: David L Martin
United States Magistrate Judge

Date: 2-3-06

cc: Counsel of Record

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

WASHINGTON, SC. SUPERIOR COURT

PATRICIA BARBER

VS. C.A.NO.: 05- 3175

CUMBERLAND FARMS, INC.

SUPERIOR COURT FILED
CLERK
06 JAN 25 PM 2:06
DATE

**OBJECTION TO THIRD MOTION TO COMPEL PRODUCTION**

Now comes the Plaintiff, by and through her Attorney, and objects to the Third Motion to Compel Answers to Request for Production, dated January 23, 2006 as the parties have an agreement that the requested documents will be provided within the next ten days.

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esquire (#3451)
117 High Street
P. O. Box 761
Westerly, RI 02891
Phone No.: 401/348-3000
Fax No.: 401/348-8900

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within by first class mail, postage prepaid to Richard Beretta, Jr. and Geoffrey Millsom, One Citizes Plaza, 8th Floor, Providence, Rhode Island 02903.

Kelly MacDonald 1/24/06