UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA BARBER

vs. C.A. FILE NO.:05-317s

CUMBERLAND FARMS, INC.

**OBJECTION TO THIRD MOTION TO COMPEL PRODUCTION**

Now comes the Plaintiff, by and through her Attorney, and objects to the Third Motion to Compel Answers to Request for Production, dated January 23, 2006 as the parties have an agreement that the requested documents will be provided within the next ten days.

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esquire (#3451)
117 High Street
P. O. Box 761
Westerly, RI 02891
Phone No.: 401/348-3000
Fax No.: 401/348-8900

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within by first class mail, postage prepaid to Richard Beretta, Jr. and Geoffrey Millsom, One Citizes Plaza, 8th Floor, Providence, Rhode Island 02903.

Kelly McDonald