UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: 05-317S |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**AMENDED NOTICE OF DEPOSITION OF CARMELLA DEPLACIDO**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rules 26 and 30, Defendant, Cumberland Farms, Inc., will conduct the deposition upon oral examination of Carmella DePlacido at the offices of Lewiss Law Associates, LLP, 79 Franklin Street, Westerly, Rhode Island. The deposition will commence at 11:00 a.m. on Thursday, March 2, 2006 and may be continued until completed. You are invited to attend and cross-examine.

CUMBERLAND FARMS, INC.

By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

# CERTIFICATION OF SERVICE

I hereby certify that:

1. I am over 18 and not a party to this action.
2. On February 3rd, 2006, I served a true and accurate copy of the attached Amended Notice of Deposition of Carmella DePlacido by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891; Matthew L. Lewiss, Esq., Lewiss Law Associates, 79 Franklin Street, Westerly, RI 02891; and Rhode Island Court Reporting, 25 Sea View Avenue, East Providence, RI 02915.

*370428_1.doc*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: 05-317S |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION OF ANDREW HALLBERG, M.D.**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rules 26 and 30, Defendant, Cumberland Farms, Inc., will conduct the deposition upon oral examination of Andrew Hallberg, M.D. at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island. The deposition will commence at 10:00 a.m. on Friday, March 3, 2006 and may be continued until completed. You are invited to attend and cross-examine.

CUMBERLAND FARMS, INC.

By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

CERTIFICATION OF SERVICE

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On February 3rd, 2006, I served a true and accurate copy of the attached Notice of Deposition of Andrew Hallberg, M.D. by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891 and Rhode Island Court Reporting, 25 Sea View Avenue, East Providence, RI 02915.

Susan J. [signature]

*370460_1.doc*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: 05-317S |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION OF DONALD A. LABONTE**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rules 26 and 30, Defendant, Cumberland Farms, Inc., will conduct the deposition upon oral examination of Donald A. LaBonte at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island. The deposition will commence at 1:00 p.m. on Friday, March 3, 2006 and may be continued until completed. You are invited to attend and cross-examine.

CUMBERLAND FARMS, INC.

By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

CERTIFICATION OF SERVICE

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On February 3rd, 2006, I served a true and accurate copy of the attached Notice of Deposition of Donald A. LaBonte by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891 and Rhode Island Court Reporting, 25 Sea View Avenue, East Providence, RI 02915.

Susan L. Theriault

*370507_1.doc*