UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: 05-317S |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**SECOND MOTION TO COMPEL**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Cumberland Farms, Inc. hereby moves for an order compelling Plaintiff Patricia Barber to respond to Defendant Cumberland Farm, Inc.'s Second Request for Production of Documents within ten days. The facts and arguments upon which this motion is based are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
January 9, 2006

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

... having been timely filed
... to the Local Rules for the
... of Rhode Island, the within
... is hereby granted.

Deputy Clerk
Date: 2/8/06