UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
JAN 24 2006
FILED

2/9/06: GRANTED. PLAINTIFF SHALL PRODUCE THE REQUESTED DOCUMENTS BY 2/20/06.

| | |
|---|---|
| PATRICIA BARBER,<br>Plaintiff,<br>v.<br>CUMBERLAND FARMS, INC.<br>Defendant. | Case No.: 05-317S |

## THIRD MOTION TO COMPEL

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Cumberland Farms, Inc. hereby moves for an order compelling Plaintiff Patricia Barber to respond more fully to Defendant Cumberland Farm, Inc.'s First Request for Production of Documents within ten days. The facts and arguments upon which this motion is based are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
January 22, 2006

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 2/8/06