UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: 05-317S |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

**SECOND AMENDED NOTICE OF DEPOSITION OF PATRICIA BARBER**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rules 26 and 30, Defendant, Cumberland Farms, Inc., will conduct the deposition upon oral examination of Patricia Barber at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island. The deposition will commence at 10:00 a.m. on March 16, 2006, and may be continued until completed. You are invited to attend and cross-examine.

CUMBERLAND FARMS, INC.

By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

CERTIFICATION OF SERVICE

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On March 8th, 2006, I served a true and accurate copy of the attached Second Amended Notice of Deposition of Patricia Barber by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891 and Rhode Island Court Reporting, 25 Sea View Avenue, East Providence, RI 02915.

Susan J. Theriault

*374255_1.doc*