UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Michael P. Lynch, Esq.
RE: CA 05-317S
Patricia Barber v. Cumberland Farms, Inc.

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 4 / 10 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

XX 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other_____

ENTER:

[signature]
United States Magistrate Judge

Date: 4/10/06

cc: Counsel of Record

RECEIVED
APR 10 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA BARBER

VS. C.A. FILE NO.:05-317s

CUMBERLAND FARMS, INC.

**MOTION TO CONTINUE TRIAL AND EXTEND DISCOVERY**

NOW COMES the Plaintiff in the above entitled matter and moves this Court for the entry of an Order continuing the trial date and extending the date for completion of discovery for a period of forty-five days.

In accordance with the foregoing, the Plaintiff incorporates the accompanying Memorandum in support of the within Motion.

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esquire (#3451)
117 High Street
P. O. Box 761
Westerly, Rhode Island 02891
Phone: 401/348-3000
Fax: 401/348-8900

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within by first class mail, postage prepaid on the 7th day of April, 2006 to Richard R. Beretta, Jr, Esq. and Geoffrey W. Millson, Esq., Adler, Pollock & Sheehan, P. C., One Citizens Plaza, 8th Floor, Providence, RI 02903

Kelly McDonald