UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PATRICIA BARBER,<br><br>Plaintiff,<br><br>v.<br><br>CUMBERLAND FARMS, INC.<br><br>Defendant. | Case No.: 05-317S |

**CUMBERLAND FARMS, INC.'S RESPONSE**
**TO PLAINTIFF'S REQUEST FOR PRODUCTION**

Defendant Cumberland Farms, Inc. ("CFI") hereby responds to the Plaintiff Patricia Barber's Request For Production (the "Request") as follows:

**INTRODUCTION**

These responses are the result of a good faith search of CFI's files and records. CFI's investigation of the facts of this case, however, is continuing and discovery is ongoing. CFI expressly reserves the right to supplement, alter and/or amend its responses. CFI reserves all objections as to the admissibility at trial of any of the documents produced in response to the Request. The production of any documents in response to the Request does not constitute an admission by CFI that such documents are relevant to the subject matter of the pending litigation or reasonably calculated to lead to the discovery of admissible evidence. CFI reserves the right to object to further inquiry with regard to any subject matter.

## GENERAL OBJECTIONS

A. CFI objects to the Request to the extent that it seeks the production of documents protected from disclosure by the attorney-client, a right of confidentiality, a right of privacy, and/or any other privilege including, but not limited to, the attorney work product doctrine. Any disclosure of privileged material is inadvertent and shall not be considered a waiver of the applicable privileges.

B. CFI objects to the Request to the extent that it purports in any way to enlarge or modify the scope of permissible discovery or to impose discovery burdens on CFI greater than those allowed by the Federal Rules of Civil Procedure.

Each of the foregoing General Objections is incorporated into each and every specific response set forth below.

## SPECIFIC RESPONSES

**RESPONSE TO REQUEST NO. 1.** Subject to the General Objections, CFI will produce responsive documents.

**RESPONSE TO REQUEST NO. 2.** CFI objects to this request on the ground that it seeks the production of documents that are neither relevant nor likely to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST NO. 3.** CFI objects to this request on the ground that it seeks the production of documents that are neither relevant nor likely to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST NO. 4.** CFI objects to this request on the ground that it seeks the production of documents that are neither relevant nor likely to lead to the discovery of admissible evidence.

**RESPONSE TO REQUEST NO. 5.** Subject to the General Objections, CFI will produce responsive documents.

**RESPONSE TO REQUEST NO. 6.** Subject to the General Objections, CFI will produce responsive documents.

**RESPONSE TO REQUEST NO. 7.** Subject to the General Objections, CFI will produce responsive documents.

**RESPONSE TO REQUEST NO. 8.** Subject to the General Objections, CFI will produce responsive documents.

**RESPONSE TO REQUEST NO. 9.** Subject to the General Objections, CFI will produce responsive documents.

Dated: Providence, Rhode Island
March 6, 2006

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On March 7th 2006, I served a true and accurate copy of the attached Defendant Cumberland Farm, Inc.'s Response To Request For Production by regular mail upon Michael P. Lynch, 117 High Street, Westerly, RI 02891.

Susan L. Thivierge

370629_1.doc