UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PATRICIA BARBER, Plaintiff, v. CUMBERLAND FARMS, INC. Defendant. | Case No.: 05-317S |

## FOURTH MOTION TO COMPEL

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Cumberland Farms, Inc. hereby moves for an order compelling Plaintiff Patricia Barber to provide expert reports, expert depositions and agree to dates for certain fact witness depositions. The facts and arguments upon which this motion is based are set forth in the accompanying memorandum of law.

Dated: Providence, Rhode Island
March 16, 2006

CUMBERLAND FARMS, INC.
By its Attorneys,

RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

4/13/06: GRANTED ABSENT OPPOSITION, LOCAL RULE CV 7(b)(1). PLAINTIFF SHALL PRODUCE HER EXPERT'S REPORTS BY 4/24/06 AND MAKE HER EXPERTS AVAILABLE FOR DEPOSITION BY 5/12/06.
USMJ

31