FILED
APR 18 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA BARBER

VS. C.A. NO.:05-317s

CUMBERLAND FARMS, INC.

4/18/06. GRANTED. FINAL EXTENSION. DISCOVERY CLOSED ON MAY 12, 2006, AND PRETRIAL MEMOS DUE BY MAY 31, 2006.

**MOTION FOR RELIEF IN THE NATURE OF A MOTION TO EXTEND DISCOVERY**

NOW COMES the Plaintiff in the above entitled matter and moves this Court for the entry of an Order permitting the within request to extend the date for completion of discovery, out of time, for a period of forty-five days.

In accordance with the foregoing, the Plaintiff incorporates the accompanying Memorandum in support of the within Motion.

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esq.(#3451)
117 High Street
P. O. Box 761
Westerly, Rhode Island 02891
Phone: 401/348-3000
Fax: 401/348-8900

Date: 4/17/06