RECEIVED

APR 24 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA BARBER

VS. C.A. FILE NO.:05-317s

CUMBERLAND FARMS, INC.

**OBJECTION TO MOTION TO PRECLUDE EXPERTS**

Now comes the Plaintiff, by and through her Attorney, and objects to the Defendant's Motion to Preclude the use of Experts by Plaintiff at the trial of action herein. Plaintiff incorporates the Memorandum attached hereto in support of said objection.

Plaintiff,
By Her Attorney,

Michael P. Lynch, Esquire (#3451)
117 High Street
P. O. Box 761
Westerly, RI 02891
Phone No.: 401/348-3000
Fax No.: 401/348-8900

**CERTIFICATION**

I hereby certify that on the 22 day of April, 2006, I mailed a true copy of the within by first class mail, postage prepaid to Richard Beretta, Jr. and Geoffrey Millsom, One Citizes Plaza, 8th Floor, Providence, Rhode Island 02903.