UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA BARBER, | : | |
| Plaintiff, | : | Case No.: 05-317S |
| v. | : | |
| CUMBERLAND FARMS, INC. | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties hereby agree that the above-captioned matter may be dismissed with prejudice. Each party will bear its own fees and costs.

CUMBERLAND FARMS, INC.
By its Attorneys,

/s/ Geoffrey W. Millsom___________
RICHARD R. BERETTA, JR. (#4313)
GEOFFREY W. MILLSOM (#6843)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
gmillsom@apslaw.com

PATRICIA BARBER
By her Attorney,

/s/ Michael P. Lynch___________
Michael P. Lynch (#3451)
117 High Street
P.O. Box 761
Westerly, RI 02861
(401) 348-3000
Fax: (401) 348-8900

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2006, I electronically filed the attached Stipulation of Dismissal with the court using the ECF system. The following counsel of record is not registered with the court and I caused him to be served by regular mail on August 10, 2006:

Michael P. Lynch, Esq.
117 High Street
Westerly, RI 02891

/s/ Geoffrey W. Millsom_________

*390115_1.doc*